

# Mars Khaimov Law, PLLC
# MEMORANDUM ENDORSED

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023

December 15, 2023

Re:   <u>1:23-cv-08129-GHW Sookul v. Resident Home LLC.</u>

<u>Status Letter and Request for Extension</u>

Dear Judge Woods:

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference currently scheduled for December 22, 2023. Defendant has been evading our office's four attempts thus far to serve. As such, Plaintiff respectfully requests a 30-day adjournment of the initial pretrial conference, and proposes to reschedule the conference for January 19th, or a date convenient to the Court, in order to serve Defendant. If unable to serve by the next date, we will file a motion for Default Judgment. This is the first time relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Application granted.  The conference scheduled for December 22, 2023 is adjourned to February 5, 2024 at 1:00 p.m.  The joint letter and proposed case management plan described in the Court's September 15, 2023 order are due no later than January 29, 2024.  Plaintiff is directed to mail a copy of this order to Defendant.  **No request to extend the deadline to serve the defendant has been made or granted.**  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 6.

SO ORDERED.

Dated: December 18, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge